■ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*.....................................................................................    $      **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.................................................................................    $      **864,681.75**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*..................................................................................    $      **864,681.75**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      **1,225,344.02**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................    $      **737,557.38**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$      **4,738,580.41**

4. **Total liabilities** ................................................................................................
    Lines 2 + 3a + 3b                          $      **6,701,481.81**

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.    **Cash on hand** | **$300.00** |
| 2.    **Cash on hand** | **$14,168.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.   **Security State Bank** | **General Checking Account** | 8770 | **$0.00** |
| 3.2.   **Security State Bank** | **Payroll Account** | 7070 | **$0.00** |

4.    **Other cash equivalents** *(Identify all)*

| 5.    **Total of Part 1.** | **$14,468.00** |
| --- | --- |
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

| | | |
|---|---|---:|
| 7.1. | **Advanced Fee Deposit held by Bush Kornfeld LLP** | $2,747.50 |
| 7.2. | **City of Chehalis** | $25.00 |
| 7.3. | **City of Centralia** | $2,800.00 |

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.     **Total of Part 2.**                                                **$5,572.50**
Add lines 7 through 8. Copy the total to line 81.

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

    11a. 90 days old or less:          **497,089.80**   -   **0.00** = ....     **$497,089.80**
                              face amount                 doubtful or uncollectible accounts

    11b. Over 90 days old:           **190,683.07**   -   **0.00** = ....     **$190,683.07**
                              face amount                 doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                **$687,772.87**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.     **Raw materials**

20.     **Work in progress**

21.     **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**
       **Medical Supplies**                               $75,213.00    Recent cost                    $75,213.00

23.    **Total of Part 5.**                                                                        $75,213.00
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

       ■ No.  Go to Part 7.
       ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

       ☐ No.  Go to Part 8.
       ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> See attached list | **Unknown** | | **$35,900.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> **24 desktop, 49 monitors, leased phone system** <br> **12 laptops** | **Unknown** | **Comparable sale** | **$5,435.00** |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                        $41,335.00
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

**45.**    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ■ No

   ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.

   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.**   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.**   **Aircraft and accessories** | | | |
| **50.**   **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)<br>GI Chair, 2 EKG Machines, ultra sound<br>machine, 18 exam tables, 2 IV poles, 6 digital<br>scales, 1 infant scales, treadmill; 5 metal carts** | Unknown | | $15,080.00 |

**51.**    **Total of Part 8.**

   Add lines 47 through 50. Copy the total to line 87.

                                    **$15,080.00**

**52.**    **Is a depreciation schedule available for any of the property listed in Part 8?**

   ■ No

   ☐ Yes

**53.**    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ■ No

   ☐ Yes

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

   ■ No. Go to Part 10.

   ☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No. Go to Part 11.

   ■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.**   **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.**   **Internet domain names and websites** | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| | | | |
|---|---|---|---|
| **steckmedical.com** | $0.00 | **Comparable sale** | $0.00 |

| | | | | |
|---|---|---|---|---|
| 62. | **Licenses, franchises, and royalties** | | | |
| | **Rural Health Clinic Certification** | $0.00 | **N/A** | $0.00 |

63.     **Customer lists, mailing lists, or other compilations**

64.     **Other intangibles, or intellectual property**

65.     **Goodwill**

66.     **Total of Part 10.**                   **$0.00**

        Add lines 60 through 65. Copy the total to line 89.

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

        ■ No

        ☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

        ■ No

        ☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

        ■ No

        ☐ Yes

**Part 11:**     **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No. Go to Part 12.

     ■ Yes Fill in the information below.

                                                       **Current value of**
                                                       **debtor's interest**

71.     **Notes receivable**

        Description (include name of obligor)

72.     **Tax refunds and unused net operating losses (NOLs)**

        Description (for example, federal, state, local)

73.     **Interests in insurance policies or annuities**

        **New York Life. Life Insurance Policy for Dr. Harley
Miller. Policy #xxx7188. Death Benefit level of $300,000.
Cash Value of $31,345.65 as of 10/12/2019. Cash
Surrender Value of $24,148.80 as of 10/12/2019. Cash
Surrender Value used.**                   **$24,148.80**

        **Midland National Life. Life Insurance Policy for Dr.
Harley Miller w/ death benefit of $100,000. Policy
#xxxx6904. Ending account value of $4,731.58 as of
11/01/2017. Ending net cash surrender value of
$1,091.58 as of 11/1/2017. Ending net cash surrender
value used.**                   **$1,091.58**

| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| | **Potential claims against Athenahealth for inadequate billing services** | **Unknown** |
| | Nature of claim | |
| | Amount requested | **$0.00** |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                          **$25,240.38**

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$14,468.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$5,572.50** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$687,772.87** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$75,213.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$41,335.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$15,080.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$25,240.38** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$864,681.75** | + 91b.  **$0.00** |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$864,681.75** |

■ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operati**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$320,162.38** | **$320,162.38** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**WA Dept of L&I**<br>**Collections**<br>**POB 44171**<br>**Olympia, WA 98504** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$66,460.31** | **$66,460.31** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **307,3200**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case 19-43334-MJH    Doc 67    Filed 12/03/19    Ent. 12/03/19 14:12:20    Pg. 9 of 36

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36,055.15 | $36,055.15 |
|---|---|---|---|---|

**WA Dept of Revenue**
**POB 47476**
**Olympia, WA 98504**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $314,879.54 | $314,879.54 |
|---|---|---|---|---|

**WA State Employment Security**
**PO Box 34949**
**Seattle, WA 98124-1949**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5214**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $808.20 |
|---|---|---|---|

**Accent**
**PO Box 952366**
**Saint Louis, MO 63195-2366**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $198,839.52 |
|---|---|---|---|

**Aetna Health, Inc.**
**POB 415615**
**Boston, MA 02241-5615**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Health Insurance**

**Last 4 digits of account number** _**1EBS**_

Is the claim subject to offset? ☑ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $101.40 |
|---|---|---|---|

**AFLAC**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

Case 19-43334-MJH   Doc 67   Filed 12/03/19   Ent. 12/03/19 14:12:20   Pg. 10 of 36

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,841.96** |
|---|---|---|---|
| | **Airgas USA LLC**<br>**PO Box 102289**<br>**Pasadena, CA 91189-2289** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  **2116** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,674.14** |
|---|---|---|---|
| | **Alarm Center**<br>**dba Custom Security System**<br>**Dept LA 21655**<br>**Pasadena, CA 91185-1655** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,175.48** |
|---|---|---|---|
| | **Alarm Center /SBD**<br>**dba Customer Security Systems**<br>**POB 3407**<br>**Lacey, WA 98509-3407** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  **5098** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$875.00** |
|---|---|---|---|
| | **American Academy of Family Phy**<br>**PO Box 419662**<br>**Kansas City, MO 64141-6662** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.12** |
|---|---|---|---|
| | **American Postal Workers Union** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$310.91** |
|---|---|---|---|
| | **Amerisafe Inc.**<br>**3006 29th Ave SW**<br>**Olympia, WA 98512** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$431.72** |
|---|---|---|---|
| | **Antman Pest Control**<br>**1121 Harrison Ave PMB 138**<br>**Centralia, WA 98531** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49,350.67 |
|---|---|---|---|

**Athenahealth, Inc**
PO Box 415615
Boston, MA 02241-5615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53.00 |
|---|---|---|---|

**Aya Healthcare**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,487.19 |
|---|---|---|---|

**Bean Gentry Wheeler Peternell**
910 Lakeridge Way SW
Olympia, WA 98502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,051.68 |
|---|---|---|---|

**Business Health Trust**
PO Box 6
Mukilteo, WA 98275

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,701.96 |
|---|---|---|---|

**Cahaba GBA**
PO Box 11465
Birmingham, AL 35202-6724

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24.24 |
|---|---|---|---|

**Cement Masons & Plasterers Tru**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $238.00 |
|---|---|---|---|

**Cenex/CHS, Inc**
153 NW State Ave
Chehalis, WA 98532

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,460.16** |
|---|---|---|---|

**Charles Strub**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$419.51** |
|---|---|---|---|

**Cigna**
**1000 Great West Drive**
**Kennett, MO 63857-3749**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,097.70** |
|---|---|---|---|

**Cintas**
**POB 650838**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$708.03** |
|---|---|---|---|

**City of Centralia**
**Utility Billing**
**POB 1259**
**Centralia, WA 98531**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$695.34** |
|---|---|---|---|

**City of Chehalis**
**2007 NE Kresky Ave**
**Chehalis, WA 98532**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  6001**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$207.59** |
|---|---|---|---|

**City of Chehalis**
**2007 NE KResky Ave**
**Chehalis, WA 98532**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  6000**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$319.11** |
|---|---|---|---|

**City Sanitary**
**POB 51006**
**Los Angeles, CA 90051-5306**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 19-43334-MJH    Doc 67    Filed 12/03/19    Ent. 12/03/19 14:12:20    Pg. 13 of 36

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$65.32** |
|---|---|---|---|
| | **CMI, Inc** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,047.45** |
|---|---|---|---|
| | **CMX Medical Imaging** | ☐ Contingent | |
| | **PO Box 58088** | ☐ Unliquidated | |
| | **Seattle, WA 98138-1088** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,749.70** |
|---|---|---|---|
| | **Colvin + Hallett** | ☐ Contingent | |
| | **719 2nd Ave. Ste 1450** | ☐ Unliquidated | |
| | **Seattle, WA 98104** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Legal Fees** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35.94** |
|---|---|---|---|
| | **Confluence Health** | ☐ Contingent | |
| | **PO Box 810** | ☐ Unliquidated | |
| | **Wenatchee, WA 98807-0810** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$222.63** |
|---|---|---|---|
| | **Control Solutions, Inc.** | ☐ Contingent | |
| | **35851 Industrial Way Ste D** | ☐ Unliquidated | |
| | **Saint Helens, OR 97051** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,690.79** |
|---|---|---|---|
| | **Craft 3** | ☐ Contingent | |
| | **42 7th St. Ste 100** | ☐ Unliquidated | |
| | **Astoria, OR 97103** | ☐ Disputed | |
| | Date(s) debt was incurred  **05-09-2011** | Basis for the claim: _ | |
| | Last 4 digits of account number  **4640** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,818.45** |
|---|---|---|---|
| | **Delta Dental of WA** | ☐ Contingent | |
| | **PO Box 84885** | ☐ Unliquidated | |
| | **Seattle, WA 98124-6185** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Case 19-43334-MJH    Doc 67    Filed 12/03/19    Ent. 12/03/19 14:12:20    Pg. 14 of 36

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $204.08 |
|---|---|---|---|

**Deluxe**
**POB 742572**
**Cincinnati, OH 45274-2572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $106.00 |
|---|---|---|---|

**Dept of Ecology**
**State of Washington**
**PO Box 34050**
**Seattle, WA 98124-1050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 |
|---|---|---|---|

**Deseret Mutual**
**PO Box 45530**
**Salt Lake City, UT 84145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.67 |
|---|---|---|---|

**Dex Media**
**PO Box 79167**
**Phoenix, AZ 85062-9167**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $108.20 |
|---|---|---|---|

**DJ's Plumbing, LLC**
**2619 Foron Road**
**Centralia, WA 98531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.00 |
|---|---|---|---|

**Drug Enforcement Administratio**
**ATTN: Registration Section/ODR**
**PO Box 2639**
**Springfield, VA 22152-2639**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $215.00 |
|---|---|---|---|

**Drug Free Business**
**18912 North Creek Pkwy**
**Suite 202**
**Bothell, WA 98011-5769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,478.90 |
|---|---|---|---|

**DSHS Office of Financial Recov**
**POB 9501**
**Olympia, WA 98507**

Date(s) debt was incurred __

Last 4 digits of account number  **1725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**DSS Research**
**4150 International Pl. #900**
**Fort Worth, TX 76109**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,213.67 |
|---|---|---|---|

**Empire Office Equip 612**
**8300 28th Court NE**
**Suite 100**
**Olympia, WA 98516**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88,083.41 |
|---|---|---|---|

**eRep Inc**
**17116 NE Sandy Blvd**
**Portland, OR 97230**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,785.70 |
|---|---|---|---|

**Eric Owen - V**
**282 Russell Rd**
**Winlock, WA 98596**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.92 |
|---|---|---|---|

**ESCO Pacific Signs**
**627 NW Middle Street**
**Chehalis, WA 98532**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63.67 |
|---|---|---|---|

**Eucon Health Plan**
**PO Box 7186**
**Boise, ID 83707**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $184.51 |

**FedEx Revenue Recovery Dept**
POB 94515
Palatine, IL 60094-4515

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  9660

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,914.90 |

**First Bankcard**
POBG 3331
Omaha, NE 68103-0331

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  credit card

Last 4 digits of account number  2658

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |

**Frontline Solutions, LLC**
15605 Main St. #
Sumner, WA 98390

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $232.11 |

**GB Collects**
Healthnet OR
145 Bradford Dr.
West Berlin, NJ 08091-9269

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $174.03 |

**GE Healthcare Financial Servic**
POB 641419
Pittsburgh, PA 15264-1419

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,536.00 |

**Genworth Life and Annuity**
PO Box 79225
Baltimore, MD 21279-0225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,428.80 |

**GlaxcoSmithKline**
PO Box 740415
Atlanta, GA 30374-0415

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,072.33 |
|------|---|---|---|

**Graphic Control**
PO Box 1271
Buffalo, NY 14240

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.35 |
|------|---|---|---|

**Group Health**
PO Box 34585
Seattle, WA 98124

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,370.10 |
|------|---|---|---|

**Hacker & Willig, Inc. PS**
520 Pike Street
Suite 2500
Seattle, WA 98101-1385

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,700,000.00 |
|------|---|---|---|

**Harley Miller, MD**
161 Roberts Dr
Chehalis, WA 98532

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,907.31 |
|------|---|---|---|

**Hawks Prairie Professional Ctr**
4405 7th Avenue SE
Suite 301
Lacey, WA 98503

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.27 |
|------|---|---|---|

**Healthcare Management Admin**
PO Box 85016
Bellevue, WA 98015-5016

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|------|---|---|---|

**Healthfinch, Inc**
8517 Excelsior Dr. Ste 403
Madison, WI 53717

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Name

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.14 |
|---|---|---|---|

**Healthnet Of AZ Claims Refund**
PO Box 749801
Los Angeles, CA 90074-9801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,259.86 |
|---|---|---|---|

**Heritage Financial Services, I**
PO Box 5611
Lacey, WA 98509-5611

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,097.61 |
|---|---|---|---|

**Information Development**
PO Box 62
Adna, WA 98522

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,293.26 |
|---|---|---|---|

**Inland Imaging PS**
801 S Stevens St
Spokane, WA 99204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,105.80 |
|---|---|---|---|

**Intalere/Amerinet**
500 Commonwealth Drive
Warrendale, PA 15086

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,560.01 |
|---|---|---|---|

**Interpath Laboratory**
2460 SW Perkins Avenue
Pendleton, OR 97801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,557.19 |
|---|---|---|---|

**IPFS Corporation**
PO Box 100391
Pasadena, CA 91189-0391

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Case 19-43334-MJH    Doc 67    Filed 12/03/19    Ent. 12/03/19 14:12:20    Pg. 19 of 36

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,967.27 |
|---|---|---|---|

**Jody Fadness**
**103 Newaukum Golf Dr**
**Chehalis, WA 98532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,382.13 |
|---|---|---|---|

**Joseph A McIntosh PS**
**719 Second Ave**
**Suite 1450**
**Seattle, WA 98104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,061.01 |
|---|---|---|---|

**Kaiser Foundation Health Plan**
**PO Box 745899**
**Los Angeles, CA 90074-5899**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,147.28 |
|---|---|---|---|

**Kibble & Prentice, a USI Co**
**PO Box 62949**
**Virginia Beach, VA 23466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,073.02 |
|---|---|---|---|

**Knutson Trolson & Fargher**
**3819 100th St SW, Ste 5A**
**Lakewood, WA 98499-4488**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Accounting Fees__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $94.50 |
|---|---|---|---|

**LabCorp**
**POB 12140**
**Burlington, NC 27216-2140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __8985__

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210.90 |
|---|---|---|---|

**Lafromboise Communications**
**321 N Pearl St**
**Centralia, WA 98531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __1636__

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $81.90 |
|---|---|---|---|

**Landauer, Inc**
**PO Box 809051**
**Chicago, IL 60680-9051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,432.38 |
|---|---|---|---|

**LECO Supply**
**1970 S. Market Blvd**
**Chehalis, WA 98532**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $383.08 |
|---|---|---|---|

**Lemay - Lewis County Refuse**
**POB 51006**
**Los Angeles, CA 90051-5306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.00 |
|---|---|---|---|

**Lewis County Auditor**
**POB 29**
**Chehalis, WA 98532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $256.42 |
|---|---|---|---|

**Lewis County PUD EBMS**
**Claims Dept**
**POB 21367**
**Chehalis, WA 98532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,624.42 |
|---|---|---|---|

**Lewis County Treasurer**
**Attn: Laura**
**PO Box 509**
**Chehalis, WA 98532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _0010_

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $772.17 |
|---|---|---|---|

**Lewis County Treasurer**
**POB 509**
**Chehalis, WA 98532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _3008_

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$510.58** |
|---|---|---|---|

**Littlefield, Fanning, & Co**
**1411 State Ave NE**
**Suite 200**
**Olympia, WA 98506-4456**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,294.58** |
|---|---|---|---|

**Mail Finance**
**Dept 3682**
**PO Box 123682**
**Dallas, TX 75312-3682**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$86.23** |
|---|---|---|---|

**Mail Handlers Benefit Plan**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$72,495.96** |
|---|---|---|---|

**Marlene Black**
**1535 Colonial Ct SW**
**Olympia, WA 98512**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,217.14** |
|---|---|---|---|

**McKesson Medical-Surgical**
**9954 Mayland Dr. Ste 4000**
**Henrico, VA 23233**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number  0573**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$320.00** |
|---|---|---|---|

**MD Commerce**
**POB 11009**
**Olympia, WA 98508-1009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,568,153.14** |
|---|---|---|---|

**Medical Building Partnership**
**1299 Bishop Rd**
**Chehalis, WA 98532**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:  Unpaid rent to affiliate**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,419.38 |
|------|---|---|---|

**Medtronic**
**Diabetes Group**
**18000 Devonshire St.**
**Northridge, CA 91325-1219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __2035__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64.79 |
|------|---|---|---|

**Meridian Resource Co**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63.67 |
|------|---|---|---|

**Meritain Health**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,385.26 |
|------|---|---|---|

**Micheal Eickerman**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.94 |
|------|---|---|---|

**MODA Health**
**601 SW 2nd Ave**
**Portland, OR 97204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.00 |
|------|---|---|---|

**Mohawk Industries**
**223 Downie Rd**
**Chehalis, WA 98532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,238.20 |
|------|---|---|---|

**Mony**
**1 Park Place**
**300 S State St, Suite 250**
**Syracuse, NY 13202-2041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.65 |
|---|---|---|---|

**Moss-Adams LLP**
**PO Box 101822**
**Pasadena, CA 91189-1822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51.66 |
|---|---|---|---|

**Mutual of Omaha**
**Claims Department**
**Mutual of Omaha Plaza**
**Omaha, NE 68175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,800.00 |
|---|---|---|---|

**NAI Puget Sound Properties**
**David B. Douglas**
**600 108th Avenue NE**
**Suite 340**
**Bellevue, WA 98004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $143.35 |
|---|---|---|---|

**NEA Alaska Health Plan**
**EBMS-c/o Public Ed Health**
**PO Box 21367**
**Billings, MT 59104-1367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,159.06 |
|---|---|---|---|

**Neopost Northwest**
**Dept 3689**
**PO Box 123689**
**Dallas, TX 75312-3689**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $292.68 |
|---|---|---|---|

**NESG**
**POB 39617**
**Lakewood, WA 98496**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,557.00 |
|---|---|---|---|

**Norcal Mutual**
**PO Box 398054**
**San Francisco, CA 94139-8054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

Case 19-43334-MJH    Doc 67    Filed 12/03/19    Ent. 12/03/19 14:12:20    Pg. 24 of 36

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,616.52** |
|---|---|---|---|
| | **Noridian Medicare JF Part B**<br>**PO Box 511359**<br>**Los Angeles, CA 90051-7914** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.59** |
|---|---|---|---|
| | **Northwest Ironworkers Health** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$591.63** |
|---|---|---|---|
| | **Olympus**<br>**POB 120600**<br>**Dept 0600**<br>**Dallas, TX 75312-0600** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34.20** |
|---|---|---|---|
| | **Operating Engineers Local 302**<br>**PO Box 34684**<br>**Seattle, WA 98124** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$66.00** |
|---|---|---|---|
| | **Pacific Medical Inc.**<br>**POB 149**<br>**Tracy, CA 95378** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number  6712** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,900.83** |
|---|---|---|---|
| | **PacLab 5426**<br>**PO Box 2720**<br>**Spokane, WA 99220-4002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$348.60** |
|---|---|---|---|
| | **Palmetto GBA LLC**<br>**Medicare Finance M/C AG-260**<br>**_)B 100277**<br>**Columbia, SC 29202-3277** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 19-43334-MJH    Doc 67    Filed 12/03/19    Ent. 12/03/19 14:12:20    Pg. 25 of 36

| | | | | |
|---|---|---|---|---|
| | Name | | | |

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$594.30** |
|---|---|---|---|
| | **PAML**<br>**611 N Iron Bridge Way**<br>**Spokane, WA 98202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$232.14** |
|---|---|---|---|
| | **PEMCO**<br>**POB 778**<br>**Seattle, WA 98111-0778** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$92,036.56** |
|---|---|---|---|
| | **PNC Aetna**<br>**POB 804735**<br>**Itasca, IL 60143** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$811.00** |
|---|---|---|---|
| | **Premera Blue Cross**<br>**Finance Dept**<br>**PO Box 327** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$350.00** |
|---|---|---|---|
| | **Premier Broadcasters, Inc.**<br>**1133 Kresky Rd**<br>**Centralia, WA 98531** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$168.34** |
|---|---|---|---|
| | **Principal Life Insurance**<br>**POB 10372**<br>**Des Moines, IA 50306-0372** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$609.72** |
|---|---|---|---|
| | **Providence Health Plan**<br>**Overpayment Recovery Dept**<br>**POB 6456**<br>**Portland, OR 97228-6456** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$60.50** |
|---|---|---|---|

**Psychemedics Corporation**
**289 Great Rd Ste 200**
**Acton, MA 01720**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  8572**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,800.00** |
|---|---|---|---|

**Puget Sound Properties**
**1201 Pacific Ave**
**Suite 1703**
**Tacoma, WA 98402**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$51,305.92** |
|---|---|---|---|

**Quality Systems Inc**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$211.40** |
|---|---|---|---|

**Quest Diagnostics**
**POB 912400**
**Pasadena, CA 91110-2400**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  2401**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20,000.00** |
|---|---|---|---|

**Rachel Miller**
**2114 Main St. 100-261**
**Vancouver, WA 98660**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$24,368.52** |
|---|---|---|---|

**Rainier Connect**
**PO Box 34540**
**Seattle, WA 98124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  2891**

**Basis for the claim:**  Phone/Internet service

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$154.00** |
|---|---|---|---|

**Ramirez Reforestation**
**POB 1412**
**Chehalis, WA 98532**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,292.94 |
|---|---|---|---|

**Recall Secure Destruction Serv**
**015311 Collections Center Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $99.84 |
|---|---|---|---|

**Regence Blue Shield**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,134.63 |
|---|---|---|---|

**Scientific Supply & Eqpt**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sedgwick CMS**
**PO Box 14518**
**Lexington, KY 40512-4518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,016.68 |
|---|---|---|---|

**Shred-It**
**23166 Network Place**
**Chicago, IL 60673-1252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,423.57 |
|---|---|---|---|

**Skyline Pump & Machine**
**POB 780**
**Napavine, WA 98565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105.03 |
|---|---|---|---|

**Sound Health & Wellness**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$262.64** |
|---|---|---|---|

**SPOK, Inc.**
**POB 941565**
**Plano, TX 75094**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  0283**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56.45** |
|---|---|---|---|

**Stericycle**
**PO Box 6578**
**Carol Stream, IL 60197-6578**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69,665.08** |
|---|---|---|---|

**Sterling Nat'l Bank/Element**
**655 Business Ceter Drive**
**Suite 250**
**Horsham, PA 19044**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80,834.80** |
|---|---|---|---|

**Sterling National Bank 4-005**
**500 7th Ave**
**3rd Floor**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**Tara Miller**
**2916 Misty Mounty Road**
**Eagle River, AK 99577**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,467.00** |
|---|---|---|---|

**Toledo Tel**
**183 Plomondon Rd**
**Toledo, WA 98591**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42,941.46** |
|---|---|---|---|

**Toshiba American 1981**
**9218 Roosevelt Way NE**
**Seattle, WA 98115**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,262.34 |
|---|---|---|---|

**TotalFunds by Hasler**
PO Box 6813
Carol Stream, IL 60197-6813

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number  1189

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,789.89 |
|---|---|---|---|

**Travelers Insurance**
PO Box 660317
Dallas, TX 75266-0317

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Travis Stovall LLC**
773 NW 13th St. STe 416
Gresham, OR 97030

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121.85 |
|---|---|---|---|

**Tribal First**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $183.95 |
|---|---|---|---|

**TriCare**
POB 7889
Madison, WI 53707

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63.92 |
|---|---|---|---|

**UMTA Trust**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121.02 |
|---|---|---|---|

**United Healthcare Medicare Sol**
Johnson & Rountree Premium
PO Box 301599
Dallas, TX 75303-1599

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**3.144**

Nonpriority creditor's name and mailing address
**Unum Life**
**PO Box 406990**
**Atlanta, GA 30384-6990**

Date(s) debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

**$5,560.74**

---

**3.145**

Nonpriority creditor's name and mailing address
**USI Insurance Services NW**
**PO BOX 62949**
**Virginia Beach, VA 23466**

Date(s) debt was incurred __6/2019__
Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Insurance Coverage__

Is the claim subject to offset? ■ No ☐ Yes

**$9,830.00**

---

**3.146**

Nonpriority creditor's name and mailing address
**Vander Stoep, Remund, Blinks**
**POB 867**
**Chehalis, WA 98532**

Date(s) debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Legal fees__

Is the claim subject to offset? ■ No ☐ Yes

**$5,496.00**

---

**3.147**

Nonpriority creditor's name and mailing address
**Washington Dept of Ecology**
**POIB34050**
**Seattle, WA 98124-1050**

Date(s) debt was incurred _____
Last 4 digits of account number __5214__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

**$54.00**

---

**3.148**

Nonpriority creditor's name and mailing address
**Washington Teamsters**
**2323 Eastlake Ave E**
**Seattle, WA 98102-3305**

Date(s) debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

**$22.60**

---

**3.149**

Nonpriority creditor's name and mailing address
**Washington Tractor**

Date(s) debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.150**

Nonpriority creditor's name and mailing address
**William Williard MD**
**59 Awaiku St**
**Lahaina, HI 96761**

Date(s) debt was incurred __3/1/2016__
Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Promissory Note__

Is the claim subject to offset? ■ No ☐ Yes

**$162,710.00**

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,320.55 |

**Woodland Estates Retirement Ct**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $653.20 |

**WOW Technologies, Inc.**
12201 Tukwila Int Blvd
Suite 100
Seattle, WA 98168

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **AEtna**<br>151 Farmington Ave<br>Hartford, CT 06156 | Line **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Airgas**<br>PO Box 102289<br>Pasadena, CA 91189-2289 | Line **3.4**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Airgas USA, LLC**<br>POB 93500<br>Long Beach, CA 90809-3500 | Line **3.4**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Cigna Health Care**<br>Attn: Cor Team<br>PO Box 188012<br>Chattanooga, TN 37422 | Line **3.19**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Cintas Corporation #0461**<br>631 Valley Ave NW<br>Puyallup, WA 98371 | Line **3.20**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Department of Labor & Industri**<br>711 Vine St<br>Kelso, WA 98626-2650 | Line **2.2**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **GB Collects**<br>1253 Haddonfield Berlin Rd<br>Voorhees, NJ 08043-4847 | Line **3.2**<br>☐ Not listed. Explain ____ | **8751** |
| 4.8 | **Internal Revenue Service**<br>ATtn:  Shane A Dura<br>1201 Pacific Ave #550 MS W802<br>Tacoma, WA 98402 | Line **2.1**<br>☐ Not listed. Explain ____ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.9 | **Medtronic**<br>**13015 Collection Center Dr.**<br>**Chicago, IL 60693** | Line **3.88**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **North Shore Agency**<br>**270 Spagnoli Rd STe 110**<br>**Melville, NY 11747** | Line **3.46**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Quest Diagnostics**<br>**PO Box 7470709**<br>**Atlanta, GA 30374-0709** | Line **3.119**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Quest Diagnostics, Inc**<br>**PO Box 5001**<br>**Collegeville, PA 19426-0901** | Line **3.119**<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **R. Alan Swanson**<br>**Swanson Law Firm**<br>**914 7th Ave SE**<br>**Olympia, WA 98501** | Line **3.57**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Rainier Conenct**<br>**POB 34540**<br>**Seattle, WA 98124-1540** | Line **3.121**<br>☐ Not listed. Explain ____ | _ |
| 4.15 | **SPOK, Inc.**<br>**3000 Technology Way Ste 400**<br>**Plano, TX 75074** | Line **3.130**<br>☐ Not listed. Explain ____ | _ |
| 4.16 | **TekCollect**<br>**POB 1269**<br>**Columbus, OH 43216** | Line **3.29**<br>☐ Not listed. Explain ____ | _ |
| 4.17 | **US Attorney**<br>**Attn  Bankruptcy Asst**<br>**700 Stewart St  Rm 5220**<br>**Seattle, WA 98101** | Line **2.1**<br>☐ Not listed. Explain ____ | _ |
| 4.18 | **US Attorney General**<br>**US Dept of Justice**<br>**950 Pennsylvania Ave NW**<br>**Washington, DC 20530** | Line **2.1**<br>☐ Not listed. Explain ____ | _ |
| 4.19 | **WA Atty General**<br>**Bankruptcy & Collection Unit**<br>**800 Fifth Ave #2000**<br>**Seattle, WA 98104** | Line **2.4**<br>☐ Not listed. Explain ____ | _ |
| 4.20 | **WA Atty General**<br>**Bankruptcy & Collection Unit**<br>**800 Fifth Ave #2000**<br>**Seattle, WA 98104** | Line **2.2**<br>☐ Not listed. Explain ____ | _ |
| 4.21 | **WA Atty General**<br>**Bankruptcy & Collection Unit**<br>**800 Fifth Ave #2000**<br>**Seattle, WA 98104** | Line **2.3**<br>☐ Not listed. Explain ____ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.22 | **WA Dept of Revenue**<br>**POB 111180**<br>**Tacoma, WA 98411** | Line **2.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.23 | **WA Empl Security Dept**<br>**UI Tax Admin**<br>**POB 9046**<br>**Olympia, WA 98507** | Line **2.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.24 | **William Hillier**<br>**Hillier Scheibmeir & Kelley PS**<br>**299 NW Center St**<br>**Chehalis, WA 98532** | Line **3.75**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 737,557.38 |
| 5b. Total claims from Part 2 | 5b. + | $ 4,738,580.41 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 5,476,137.79 |

■ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
   (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement. Executed on or about 9/24/13. One year term which renews automatically if not terminated.** | |
| | State the term remaining | | **ATHENAHEALTH, INC.** |
| | List the contract number of any government contract | | **311 Arsenal Steet** **Watertown, MA 02472** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Savin Copiers** | |
| | State the term remaining | **48 months** | **Heritage Financial Services** |
| | List the contract number of any government contract | | **POB 5611** **Lacey, WA 98509** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Mailing Machine** | |
| | State the term remaining | | **Mail Finance** |
| | List the contract number of any government contract | | **478 Wheelers Farms Rd** **Milford, CT 06461** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for offices as 1299 Bishop Rd.** | |
| | State the term remaining | | **Medical Building Partnership** |
| | List the contract number of any government contract | | **1299 Bishop Rd** **Chehalis, WA 98532** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 19-43334-MJH    Doc 67    Filed 12/03/19    Ent. 12/03/19 14:12:20    Pg. 35 of 36

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |